# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** Cheryl Deandrade　　　　　　　　　　　　　　　　　　　　　　　　**Docket No.** 3:01CR00155(AVC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Cheryl Deandrade, who was sentenced by the Honorable Alfred V. Covello, Senior U.S. District Judge sitting in the court at Hartford, Connecticut to 27 months imprisonment followed by 5 years of supervised release for a violation of Bank Fraud, in violation of 18 U.S.C. § 1344(2). The Court ordered the following special conditions: 1) The defendant shall pay restitution to the Equity Management Corporation in the amount of $294,221.54 and 2) The defendant shall participate in a mental health treatment program as considered appropriate for her by the United States Probation Office. On October 10, 2003, Ms. Deandrade began her supervised release with a scheduled termination date of October 9, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Standard Condition No. 1**: You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance. On November 16, 2005, the defendant waived Indictment and pled guilty to Bank Fraud in violation of 18 U.S.C. § 1344(2), before the Honorable Alfred V. Covello, Senior U.S. District Judge. She remains at liberty on a personal recognizance bond.

**Charge No. 2 - Special Condition No. 1:** "The defendant shall pay restitution to Equity Management Corporation in the amount of $294,221.54." Ms. Deandrade currently stands in default on her court order of restitution. She has not made a payment since January 21, 2005, and has an outstanding balance of $293,051.24.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons ordering Cheryl Deandrade to appear before the Court on _February 3, 2006_ at _12:30_ to show cause why her supervised release should not be revoked.

**ORDER OF COURT**

Considered and ordered this _20TH_ day of ~~November~~ _DECEMBER_ 2005 and ordered filed and made a part of the records in the above case

_____
The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

_/s/ Michael P. Rafferty_
Michael P. Rafferty
United States Probation Officer

Place _Hartford, Connecticut_

Date _DECEMBER_

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this _20TH_ day of ~~November~~ _DECEMBER_ 2005 at Hartford, U.S. Probation Officer Michael P. Rafferty appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Alfred V. Covello
Senior United States District Judge