Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
## United States District Court

District of __Connecticut__

__U.S.__

v.

__Cheryl Deandrade__

Docket No.: __3:01CR155(AVC)__

__The Honorable Alfred V. Covello__
(District Court Judge)

Notice is hereby given that __Cheryl Deandrade__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ __X__ ], other [ _____ ] _____
(specify)

entered in this action on __Aug. 11, 2006__
         (date)

Offense occurred after November 1, 1987    Yes [ __X__ ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ __X__ ]    Conviction and Sentence [ ___ ]

Date __August 11, 2006__

TO

James Genco, Esq.
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, CT  06103
(860) 947-1101

ADD ADDITIONAL PAGE (IF NECESSARY)

(Counsel for Appellant) Terence S. Ward

Address __Assistant Federal Defender__
__10 Columbus Blvd., Fl 6__
__Hartford, CT  06106__

Telephone Number: __(860) 493-6260__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER**    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>  [ ___ ] Daily copy is available<br>  [ ___ ] U.S. Attorney has placed order<br>  [ ___ ] Other. Attach explanation | Prepare transcript of                    Dates<br>[ X ] Prepare proceedings  __Nov. 16, 2005__<br>[ ___ ] Trial<br>[ X ] Sentencing  __Aug. 3, 2006__<br>[ ___ ] Post-trial proceedings |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ X ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _/s/ Terence A. Ward_    DATE __8/14/06__

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____    Signature _____<br>(Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05