UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR155(AVC)<br>(Court of Appeals No.06-3805-cr) |
| CHERYL DEANDRADE | : | September 7, 2006 |

INDEX TO RECORD ON APPEAL

| **Volume I** | **Document No.** |
|---|---|
| Certified copy of docket sheet | A |
| Judgment (Clerk's Office Doc. #13) | 1 |
| Probation Form 12 Petition (Clerk's Office Doc. # 19) | 2 |
| Order (Clerk's Office Doc. #21) | 3 |
| Motion To Include Letter (Clerk's Office Doc. # 22) | 4 |
| Disposition Letter Hearing (Clerk's Office Doc. # 25) | 4 |
| Notice of Appeal (Clerk's Office Doc. # 23) | 5 |
| **Volume II** | |
| Transcript of proceedings 11/16/2005; 8/3/2006 | 1 |

- 2 -

        Respectfully submitted,

        The Defendant,
        Cheryl Deandrade

        Thomas G. Dennis
        Federal Defender

Dated: September 7, 2006        /s/_____
        Terence S. Ward
        Asst. Federal Defender
        10 Columbus Blvd, FL 6
        Hartford, CT 06106-1976
        Bar No. Ct00023
        (860) 493-6260
        Email: terence.ward@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Index to record on appeal has been mailed to James G. Genco, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 7th day of September 2006.

        /s/_____
        Terence S. Ward