# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Caption [use short title]

**Docket Number(s):** 06-3805-CR

U. S.A. v. Deandrade

**Motion for:** Vacatur and Remand

Set forth below precise, complete statement of relief sought:

Appellant moves for vacatur and remand for new sentencings with agreement of the Government.

*[stamp:]* UNITED STATES COURT OF APPEALS FILED JAN 0 5 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT

*CR*

---

**MOVING PARTY:** Cheryl Deandrade
- ☐ Plaintiff   ☒ Defendant
- ☐ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** Government

**MOVING ATTORNEY:** Terence S. Ward, AFD
[name of attorney, with firm, address, phone number and e-mail]
10 Columbus BLVD, FL 6
Hartford, CT   06106
Telephone:  860 493 6260

**OPPOSING ATTORNEY** [Name]: James G. Genco, AUSA
[name of attorney, with firm, address, phone number and e-mail]
450 Main Street
Hartford, CT   06103
Telephone: 860 947 1101

---

**Court-Judge/Agency appealed from:** Honorable Alfred V. Covello, Senior United States District Judge For The District Of Connecticut

**Please check appropriate boxes:**

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has **consent** of opposing counsel:
- A. been sought?   ☒ Yes   ☐ No
- B. been obtained?   ☒ Yes   ☐ No

Has request for relief been made **below**?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Is **oral argument** requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Requested return date and explanation of emergency:

Has **argument** date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

**Signature of Moving Attorney:** *Terence S. Ward* **Date:** 1/4/07

Has **service** been effected?   ☒ Yes   ☐ No
[Attach proof of service]

---

## ORDER

Before: Hon. José A. Cabranes, *Circuit Judge*

IT IS HEREBY ORDERED that the motion to vacate and remand is GRANTED.

*[stamp:]* UNITED STATES COURT OF APPEALS FILED FEB 20 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT

2/20/07
/Date

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by *[signature]*

Arthur M. Heller
Motions Staff Attorney